```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 37410
    IRMA WILKS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9565

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/14/2005 and was confirmed 11/16/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 01/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER            .00           .00             .00
B-LINE LLC                 UNSEC W/INTER        2646.00        357.21         2646.00
CITIFINANCIAL MORTGAGE C   CURRENT MORTG           .00           .00             .00
CITY OF CHICAGO WATER DE   SECURED              595.00         40.00          595.00
EMC MORTGAGE CORP          CURRENT MORTG           .00           .00             .00
EMC MORTGAGE CORP          MORTGAGE ARRE       3813.29           .00          3813.29
COM ED                     UNSEC W/INTER NOT FILED              .00             .00
CITIFINANCIAL MORTGAGE C   SECURED NOT I           .00           .00             .00
LEGAL HELPERS PC           DEBTOR ATTY        2,200.00                       2,200.00
TOM VAUGHN                 TRUSTEE                                             594.03
DEBTOR REFUND              REFUND                                            1,679.47

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   11,925.00

PRIORITY                                              .00
SECURED                                           4,408.29
    INTEREST                                         40.00
UNSECURED                                         2,646.00
    INTEREST                                        357.21
ADMINISTRATIVE                                    2,200.00
TRUSTEE COMPENSATION                                594.03
DEBTOR REFUND                                     1,679.47
                          -------------       -------------
TOTALS                     11,925.00             11,925.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 37410 IRMA WILKS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE